UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH FLORES,

                    Plaintiff,

         -against-

ANDREAS MICHAEL SCHILIT,
------------------------------------------------------------X

Civil No.   08CV2418

CERTIFICATE

     Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

     The defendant, ANDREAS MICHAEL SCHILIT, is not a publicly held corporation.

Dated:    Garden City, NY
            March 7, 2008

                                Yours etc.,
                                BRAND GLICK & BRAND, P.C.
                                *Attorneys for Defendant*
                                ANDREAS MICHAEL SCHILIT

                                By:_____s/_____
                                YUKO ANN NAKAHARA (YN 4184)
                                600 Old Country Road, Suite 440
                                Garden City, New York 11530
                                (516) 746-3500
                                (File No.  36-5422)