UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH FLORES,

        Plaintiff,

    -against-                                           08 Civ. 2418 (LAK)

ANDREAS MICHAEL SCHLIT,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        By order dated March 17, 2008, I advised the parties that the notice of removal did not adequately allege the existence of subject matter jurisdiction and that, absent the filing of an amended notice curing the defect on or before March 25, 2008, the matter would be remanded. The docket sheet reflects no amended notice of removal. Accordingly, the action is remanded to the Supreme Court of the State of New York, County of Bronx, for want of subject matter jurisdiction.

        SO ORDERED.

Dated:     March 27, 2008

                                                    Lewis A. Kaplan
                                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08